GREEN LAWN MEMORIAL PARK, Inc., Appellant,

v.

Joseph T. McDONALD, Collector of Internal Revenue.

GREEN LAWN MEMORIAL PARK, Inc., Appellant,

v.

UNITED STATES of America.

Nos. 12698, 12699.

United States Court of Appeals Third Circuit.

Argued Dec. 18, 1958.

Decided Jan. 9, 1959.

Rehearing Denied Feb. 9, 1959.

Henry D. O'Connor, Philadelphia, Pa., for appellant.

John J. Pajak, Washington, D. C., (Charles K. Rice, Asst. Atty. Gen., Lee A. Jackson, Melva M. Graney, Attorneys, Department of Justice, Washington, D. C., Daniel H. Jenkins, U. S. Atty., Scranton, Pa. on the brief), for appellees.

Before BIGGS, Chief Judge, and McLAUGHLIN and HASTIE, Circuit Judges.

PER CURIAM.

The appeals at bar are from judgments against the taxpayer in two suits brought by it for refund of income taxes for the same fiscal year and may be disposed of appropriately by one opinion. Consideration of the records and the principles of law involved convinces us that there is no error in the result reached by the court below. The careful opinion of Chief Judge Murphy has dealt adequately with all pertinent issues. Consequently the judgments will be affirmed on his opinion. 164 F.Supp. 438.

Athaniel H. MOODY, Appellant,

v.

NEW YORK LIFE INSURANCE COMPANY, Appellee.

No. 17349.

United States Court of Appeals Fifth Circuit.

Jan. 29, 1959.

James D. Hester, of Gartin & Hester, Laurel, Miss., for appellant.

Thomas H. Watkins, Jackson, Miss., Watkins & Eager, Jackson, Miss., of counsel, for appellee.

Before HUTCHESON, Chief Judge, and RIVES and JONES, Circuit Judges.

PER CURIAM.

This is an appeal from a summary judgment entered for the defendant on a record which both parties agree presents no dispute of fact but only a clear cut issue of law and in which both plaintiff and defendant moved for summary judgment. Here, insisting that the case was wrongly decided, plaintiff-appellant vigorously attacks the opinion and judgment as without support in law, while appellee as strongly asserts the contrary.

Because, in our opinion, the district judge has fully and correctly stated the facts and as fully and correctly set forth the controlling principles and authorities, it will serve no useful purpose for us to restate them here. It will be sufficient for us to say that, concurring in the opinion of the district judge,[1] we affirm his judgment for the reasons and upon the considerations stated by him.

Affirmed.

1. Moody v. New York Life Ins. Co., D.C., 161 F.Supp. 482.